UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE J. WHITFIELD, | § § § § | |
| Plaintiff, v. | § § § | CIVIL ACTION NO. H-08-cv-2454 |
| ITRON, INC., et al., | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss. (Doc. No. 11.) Plaintiff has not filed a Response to Defendants' Motion. On May 15, 2009, the Court held a hearing and gave Plaintiff an additional ten days to respond to Defendants' Motion. Since Plaintiff has failed to respond, Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED at Houston, Texas, on this the 1st day of June, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.